# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PRESTAGE AGENERGY OF NC, LLC, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | |
| MONROE ENVIRONMENTAL CORPORATION | NO. |
| Defendant. | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendant Monroe Environmental Corporation, by and through the undersigned counsel, pursuant to 28 U.S.C. §§ 1441, 1446, and 1332, hereby files this Notice of Removal of the above-styled action from the General Court of Justice, Superior Court Division of Sampson County, North Carolina to the United States District Court for the Eastern District of North Carolina, respectfully showing this Honorable Court as follows:

1. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached all process, pleadings, and other documents served upon Defendant in the State Court Action to this Notice for Removal. (*See* Exhibit "1.")

2. Pursuant to 28 U.S.C. § 1332, the Court has jurisdiction over this action because there is complete diversity of citizenship between Plaintiff and the Defendant.

3. Plaintiff Prestage AgEngery of NC, LLC is a North Carolina Limited Liability Company with an office and place of business in Sampson County, North Carolina.

1

4. Defendant Monroe Environmental Corporation is a corporation organized in the State of Michigan and doing business in Sampson County, North Carolina. Defendant's principal office is located at 810 W. Front Street, Monroe, Michigan.

5. On March 6, 2020, Plaintiff filed its Verified Complaint in the General Court of Justice, Superior Court Division of Sampson County, North Carolina styled as *Prestage AgEnergy of NC, LLC v. Monroe Environmental Corporation*, Civil Action No. 20-CVS-286 (the "State Court Action"). (*See* Complaint, attached as Exhibit 1).

6. In its Complaint, Plaintiff prays for judgment against Defendant of an amount in excess of $25,000.00. However, Plaintiff also pleads that it paid approximately $670,000.00 for an Evaporator System that did not perform to its specifications and in excess of $100,000.00 has been spent to replace equipment to correct the alleged deficiencies with the product, which constitute damages alleged by Plaintiff.

7. It is uncontroverted that diversity of parties exists, and that the amount in controversy exceeds $75,000.00 in this case. Consequently, diversity jurisdiction exists in this case pursuant to 28 U.S.C. § 1332(a). Defendant, therefore, removes this matter from the General Court of Justice, Superior Court Division of Sampson County, North Carolina, to the United States District Court for the Eastern District of North Carolina.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant hereby certifies that they have notified all adverse parties of this Notice of Removal in the State Court Action by filing a "Notice of Filing Notice of Removal" attaching a copy of this "Notice of Removal" with the Clerk of the General Court of Justice, Superior Court Division of Sampson County, North Carolina, which will send notifications of same to Plaintiff's counsel and by mailing a copy to Plaintiff's counsel via

Certified Mail, Return Receipt Requested. (*See* Notice of Filing Notice of Removal, attached as Exhibit "2.")

WHEREFORE, Defendant respectfully requests that the United States District Court for the Eastern District of North Carolina effectuate the removal of this case.

Respectfully submitted, this 10th day of April, 2020.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN AND DICKER, LLP**

　/s/ Jeffrey W. Melcher
Jeffrey W. Melcher
NCSB # 0017703

*Counsel for Defendant, Monroe
Environmental Corporation*

3348 Peachtree Road NE
Suite 1400
Atlanta, Georgia 30326
(470) 419-6650
(470) 419-6651(Fax)
jeffrey.melcher@wilsonelser.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PRESTAGE AGENERGY OF NC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MONROE ENVIRONMENTAL CORPORATION <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. <br><br> JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Court using the CM/ECF system and was served by Certified Mail, Return Receipt Requested, to the address below:

William S. Cherry, III
J. Whitfield Gibson
MANNING FULTON & SKINNER P.A.
3605 Glenwood Avenue, Suite 500
Post Office Box 20389
Raleigh, North Carolina 37619-0389
*Counsel for Plaintiff*

Respectfully submitted this 10th day of April, 2020

/s/ *Jeffrey W. Melcher*
Jeffrey W. Melcher